NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRIAN K. SINGLETARY,                )
                                    )
            Appellant,              )
                                    )
v.                                  )        Case No. 2D18-778
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____     )

Opinion filed July 25, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Tom Barber,
Judge.

Brian K. Singletary, pro se.


PER CURIAM.

            Affirmed.  See Singletary v. State, 236 So. 3d 379 (Fla. 2d DCA 2017)

(table decision); Singletary v. State, 202 So. 3d 445 (Fla. 2d DCA 2016) (table

decision); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000).


CRENSHAW, LUCAS, and ATKINSON, JJ., Concur.